ATTN: PETER J. MESSETTE, THE HONORABLE FEDERAL DISTRICT COURT JUDGE.

HELLO, YOUR HONOR! I REALLY HATE TO BOTHER YOU, AND I UNDERSTAND THAT YOU ARE EXTREMELY BUSY, BUT I HAVE MAJOR CONCERNS ABOUT MY HEALTH. I HAVE BEEN TRYING TO RECEIVE MEDICAL ATTENTION FOR MY LYMPHNODES, WHICH ARE SWOLLEN AND PROTRUDING FROM UNDER MY SKIN. THE P.A. HERRERA HERE AT THE PRISON EXPLAINED TO ME THAT I MAY HAVE LYMPHOMA. I HAVE TRIED TO BE SEEN BY A DOCTOR FOR OVER TWO YEARS NOW, BUT FOR WHATEVER REASONS I HAVE NOT SEEN ANYONE. I HAVE REQUEST NUMEROUS TIMES FOR AN ULTRASOUND AND A BIOPSY, BUT MY PLEAS FELL ON DEAF EARS.

ALSO I HAVE A PROBLEM WITH MY THYROID GLAND. I AM SUPPOSE TO BE TREATED WITH MEDICATION FOR MY THYROID BUT I HAVE BEEN BASICLY BRUSHED TO THE SIDE. THE FIRST SIGNS THAT MY THYROID WAS A PROBLEM WAS WHEN THE P.A. NOTICED THAT MY WEIGHT WOULD BALLOON TO ALMOST 90 EXTRA POUNDS AND THEN JUST AS QUICK DROP 90 POUNDS. BUT THIS HAS BECOME A REOCCURING EVENT IT IS TAKING A TOLL ON MY OVERALL HEALTH. THERE ARE TIMES THAT EVERYTHING GOES BLACK AS IF I AM PASSING OUT. I HAVE BEEN LEFT BATTLING HIGH BLOOD PRESSURE AND SLEEP APNEA. IT SEEMS AS IF MY BODY IS SHUTTING DOWN.

RECENTLY I WAS DIAGNOSED WITH COVID-19 AND SPENT 32 OF THE MOST HORRIFIC DAYS OF MY LIFE SUFFERING, BARELY ABLE TO BREATH. EACH BREATH WAS ACCOMPANIED

WITH PAIN. I WAS PLACED IN A COVID UNIT WITH NO MEDICATION OTHER THAN IB PROFEN, WHEN I WAS HAVING A FEVER, BODY ACHES, BREATHING PROBLEMS, CHILLS, SEVERE HEADACHES AND CHEST PAINS WHICH LEFT ME THINKING THAT I WAS HAVING A HEART ATTACK OR STROKE. AFTER MY BATTLE WITH COVID WAS CLEARED THROUGH THE MEDICAL DEPARTMENT, I WAS PLACED INTO (UNIT H-2) ON SEPT 17, 2020, WHERE THERE IS A SEVERE OUTBREAK OF COVID. IT IS SUPPOSE TO BE IN QUARINTINE BUT THAT IS NOT SO. I HAVE BEEN STUCK IN THIS UNIT FOR ALMOST 50 DAYS WITH PEOPLE WHO ARE VERY SICK WITH COVID. I DO NOT BELONG IN THIS UNIT, I AM A PERSON WITH SUCH UNDERLINING CONDITIONS THAT COVID COULD KILL ME. THE STAFF MEMBERS FAIL TO WEAR MASK OR WEAR MASK PROPERLY, WHICH SPREADS THE VIRUS. ALSO STAFF MEMBERS ARE NOT BEING TESTED, THEY ARE CONSTANTLY INFECTING INMATES. OTHER INMATES WHO ARE POSITIVE WITH THE VIRUS ARE ALLOWED OUT OF THEIR CELLS WHEN WE ARE SUPPOSE TO BE QUARINTINED, PASSING OUT THE INSTITUTIONAL FOOD, SWEEPING FLOORS ETC... BUT THEY ARE CONTAMINATING EVERYTHING, LEADING TO MORE PEOPLE GETTING SICK. I AM CONSTANTLY BEING REEXPOSED TO COVID-19, I FEAR FOR MY LIFE. INMATE HAVE NO ACCESS TO TELEPHONES OR COMPUTERS. THEY HAVE COMPLETELY CUT INMATES OFF FROM ALL OUTSIDE COMMUNICATION, I ALMOST DIED FROM COVID-19, AND NO ONE CONTACTED MY FAMILY AT ALL, I STILL HAVE NOT SPOKE TO THEM. THE ADMINISTRATION (I.E. WARDEN,

CAPTAIN, A.WARDENS, LT'S & DOCTORS) NONE OF THEM WALK AROUND TO CHECK ON INMATES. WE ARE NOT ALLOWED TO BUY SOAP, DEODORANT, TOOTHPASTE, OVER THE COUNTER MEDICINES AND VITAMINS TO PROTECT OURSELVES FROM COVID. WE CANNOT EVEN BUY POSTAGE STAMPS TO MAIL OUR FAMILIES WE ARE TOTALLY CUT OFF FROM THE OUTSIDE WORLD. I HAD TO BEG ANOTHER INMATE FOR HIS LAST STAMP JUST SO I CAN SEND YOU THIS LETTER.

ON OCTOBER 5TH 2019, I BROKE MY SHOULDER AND DISLOCATED IT. I SUFFERED NUMEROUS TORN MUSCLES AND LIGAMENTS. MY RIGHT ARM IS IMMOBILE, I HAVE NO UPWARD FUNCTION. I HAVE BEEN IN A SLING FOR OVER A YEAR NOW. I LIVE WITH A THROBBING PAIN IN MY ARM & SHOULDER. I HAVE BEEN REFUSED MEDICAL ATTENTION. I WAS SUPPOSE TO HAVE A SURGERY TO PREPARE A FULLY RETRACTED MUSCLE IN MY ARM, BUT NOW IT SEEMS AS IF I HAVE BEEN SCRATCHED FROM THE LIST. I CAME TO PRISON PERFECTLY HEALTHY, NOW MY BODY IS SHUTTING DOWN AND HAVE BEEN IN NON-STOP PAIN AND SUFFERING FOR THE LAST YEAR AND HAVE BEEN DENIED MEDICAL ATTENTION. I HAVE TRIED TO REACH OUT TO THE WARDEN VIA THE FIRST STEP ACT COMPASSIONATE RELEASE, BUT I RECEIVED NO REPLY, IN OVER 30 DAYS. THE FBOP, DOES NOT HAVE ADEQUATE HEALTH CARE, I NEED TO BE IN A HOSPITAL, WHERE I CAN RECEIVE PROPER CARE.

THERE IS A FBOP MEDICAL CENTER IN NORTH CAROLINA: "BUTNER MEDICAL CENTER"

IF POSSIBLE I WOULD LIKE TO BE MOVED TO THE HOSPITAL. I HAVE BEEN IN A UNITED STATES PENITENTIARY FOR 15 YEARS, BUT MY INSTITUTIONAL POINTS SCORE ME AT 12 WHICH IS ENOUGH POINTS TO BE HOUSED IN A LOW SECURITY PRISON. FOR WHATEVER REASON DUE TO NO PART OF MY OWN, I HAVE NOT BEEN TRANSFERED OUT OF THE USP. MORE THAN ANYONE, YOU SHOULD KNOW THE DANGERS THAT I HAVE AND CONTINUED TO ENCOUNTER IN THE PRISONS. I HAVE EARNED MY PARALEGAL CERTIFICATION, AND I AM A HONOR ROLE STUDENT AT ADAMS STATE UNIVERSITY PARTICIPATING IN THE ASSOCIATES OF SCIENCE DEGREE PROGRAM WITH AN EMPHASIS ON BUSINESS. I AVERAGE A 3.40 GRADE POINT AVERAGE. I EARNED MY CERTIFICATION AS A PARALEGAL THROUGH ADAMS STATE LAW SCHOOL. YOUR HONOR, I DO NOT KNOW WHERE ELSE TO TURN BUT YOUR HELP IS VERY MUCH NEEDED, WANTED AND APPRECIATED. I LOOK FORWARD TO YOUR RESPONSE.

THANK YOU,
LORENZO WILSON

P.S. BY THE TIME YOU RECEIVE THIS LETTER I WILL BE ON HUNGER STRIKE STARTING MONDAY 2nd OF NOVEMBER 2020. THIS IS A LAST RESORT, I HAVE TRIED EVERYTHING ELSE. THE PRISON HAS NOT BEEN REPORTING FOOD STRIKES SO PLEASE CHECK THE UNIT CAMERAS (H-2).